**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher M Erney  　　　　　　　　　　CHAPTER 7
　　　　　Chelsea F. Erney

　　　　　　　Debtor(s)　　　　　　　　　　　　BKY. NO. 21-12350 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of PennyMac Loan Servicing, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Rebecca Solarz
　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　23 Dec 2021, 12:18:13, EST

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　(215) 627-1322